U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

Demario Moore vs. Ofc J B. Caridine, Star No. 608, Ind. and as agent, servant and/or employee of the Village of Dolton, a Body Politic and Corporate.

Case Number:

FILED: AUGUST 26, 2008
08CV4864
JUDGE KOCORAS
MAGISTRATE JUDGE MASON
TG

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

DEMARIO MOORE

| | |
|---|---|
| NAME (Type or print) Steven J. Malman | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) s/ Steven J. Malman | |
| FIRM Law Offices of Steven J. Malman & Associates | |
| STREET ADDRESS 205 West Randolph, Ste. 1040 | |
| CITY/STATE/ZIP Chicago, IL 60606 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 6207944 | TELEPHONE NUMBER (312) 629-0099 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓  NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐  NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓  NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐  NO ✓ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |