## United States District Court for the Northern District of Illinois

Case Number: 08CV4864    Assigned/Issued By: DAJ

Judge Name: KOCORAS    Designated Magistrate Judge: MASON

### FEE INFORMATION

*Amount Due:* [✓] $350.00    [ ] $39.00    [ ] $5.00
[ ] IFP    [ ] No Fee    [ ] Other _____
[ ] $455.00

Number of Service Copies _____    Date: _____

(For Use by Fiscal Department Only)

Amount Paid: 350.00    Receipt #: 3051723

Date Payment Rec'd: 08/26/08    Fiscal Clerk: DAJ

### ISSUANCES

[✓] Summons    [ ] Alias Summons
[ ] Third Party Summons    [ ] Lis Pendens
[ ] Non Wage Garnishment Summons    [ ] Abstract of Judgment
[ ] Wage-Deduction Garnishment Summons
[ ] Citation to Discover Assets    (Victim, Against and $ Amount)
[ ] Writ _____
        (Type of Writ)

   3   Original and    0    copies on   08/26/08    as to   OFFICER CARIDINE,
                                      (Date)
VILLAGE OF DOLTON, VILLAGE OF DOLTON C/O MAYOR SHAW.

C:\wpwin80\docket\feeinfo.frm    03/14/05